

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00721-CV

**HARVEY V. RISIEN, LLC** and Harvey V. Risien,
Appellants

v.

**MISSARK INVESTMENTS GP, LLC**, Missark Investments LP, JH Design LP, and GM GP
Management, LLC,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15535
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellees' motion for an extension of time to file their brief is granted. We order the appellees' brief due December 21, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court